**FILED**
JUN - 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04CR604-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KATHRYN J. HANES, | ) | |
| Defendant. | ) | |

The court orders that an arrest warrant issue for defendant Kathryn Hanes.

DATED: June 8, 2009

_____
HONORABLE THOMAS J. WHELAN
United States District Judge